UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>)<br>JUAN C. MOORE, )<br>)<br>Defendant. ) | EV 95-CR-12-04-H/H<br>No: 3:05-cv-165-DFH-WGH |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

_David F. Hamilton_
DAVID F. HAMILTON, Judge
United States District Court

Date:   9/26/2005

Laura Briggs, Clerk
United States District Court

_Linda S Carmichael_
By: Deputy Clerk