UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | EV 95-CR-12-04-H/H |
| ) | No: 3:05-cv-165-DFH-WGH |
| ) | |
| JUAN C. MOORE, ) | |
| ) | |
| Defendant. ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

_____
DAVID F. HAMILTON, Judge
United States District Court

Date:  9/26/2005

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk